■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES H. MATHIS, Appellant. [831 NYS2d 90]—Appeal from a judgment of the Supreme Court, Oneida County (Michael E. Daley, J.), rendered September 23, 2004. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Gorski, J.P., Centra, Lunn, Peradotto and Pine, JJ.